J. Mark Meinhardt #027868
Meinhardt Law Firm
1 E Washington Street, Ste. 500
Phoenix, AZ 85004-2558
meinhardtlaw@gmail.com
(602) 714-7139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Kimberly M. Fulton**

       Plaintiff,

                                            Case No.: **2:13-cv-02046-JWS**

v.

**Portfolio Recovery Associates, LLC,**

       Defendant.

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                 Respectfully submitted,

                                                 /s/ J. Mark Meinhardt

                                               ATTORNEY FOR PLAINTIFF